McGREGOR W. SCOTT
United States Attorney

TODD PICKLES
Assistant United States Attorney
501 I St., Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General, Civil Division

C. FREDERICK BECKNER III
Deputy Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch
(Environmental Torts)

DAVID S. FISHBACK
Assistant Director, Torts Branch
(Environmental Torts)

ADAM BAIN
Senior Trial Counsel
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts
P.O. Box 340
Washington, DC 20044
Telephone: (202) 616-4209

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT TIFFEE, Sr., *et al.*, <br><br> Plaintiffs *in propria persona*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE FOREST SERVICE (Agency of the United States), *et* al. <br><br> Defendants. | CASE No. CIV S-07-2769 FCD EFB PS <br><br> **AMENDED ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY SCHEDULING ORDER TO VACATE OR CONTINUE INITIAL STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

1    This matter came before the Court on Defendants' Request to Modify the Court's December 27,
2 2007, Scheduling Order to Vacate or Continue the initial Status (Pretrial Scheduling) Conference.
3 Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and for good cause showing, the Court
4 hereby GRANTS Defendants' request.
5    Accordingly,
6    IT IS HEREBY ORDERED THAT the Status (Pretrial Scheduling) Conference set for **May 7,**
7 **2008** is **VACATED**.  The Court shall set the date for the conference should it be necessary after
8 resolution of Defendants' motion to dismiss.
9    IT IS FURTHER ORDERED THAT the parties are **RELIEVED** of their obligations under
10 Rule 26(f) of the Federal Rules of Civil Procedure until otherwise ordered by the Court.
11    IT IS SO ORDERED.
12 Dated:  March 25, 2008.

_____
Edmund F. Brennan
United States Magistrate Judge
Eastern District of California