IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY A. JASSO, et al.,

        Plaintiffs,                No. Civ. S-05-2649 GEB EFB PS

    vs.

CITIZENS TELE-
COMMUNICATIONS COMPANY
OF CALIFORNIA, INC., et al.,

        Defendants.
_____/

MARY A. JASSO, et al.,

        Plaintiffs,                No. Civ. S-07-2769 FCD EFB PS

    vs.

UNITED STATES DEPARTMENT
OF AGRICULTURE FOREST
SERVICE, et al.,

        Defendants.
_____/

////

////

////

////

| | | |
|---|---|---|
| 1 | ILLA L. GARCIA, et al., | |
| 2 | Plaintiffs, | No. Civ. S-07-2770 MCE CMK PS |
| 3 | vs. | |
| 4 | CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al., | |
| 5 | | RELATED CASE ORDER |
| 6 | Defendants. | |
| 7 | _____/ | |

The court has received notices of related cases concerning the above-captioned cases. The actions involve many of the same parties and are based on similar claims (i.e., that the various defendants are liable for injuries allegedly caused by exposure to radio frequency emissions from telecommunication facilities located at Likely Mountain Lookout in Lassen County, California).

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated Civ. No. S-07-2769 FCD EFB PS, *Jasso v. United States*, and the action denominated Civ. No. S-07-2770 MCE CMK PS, *Garcia, et al. v. Calif. Dep't of Forestry*, be, and the same hereby are, reassigned to Judge Garland E. Burrell, Jr. and Magistrate Judge Edmund F. Brennan for all further proceedings. Henceforth, the caption on documents filed in the reassigned cases shall be shown as Civ. No. S-07-2769 GEB EFB PS, and Civ. No. S-07-2770 GEB EFB PS.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

////

////

Further, the Clerk is DIRECTED to serve the parties in Civ. S-07-2770 GEB EFB PS with the undersigned's scheduling order in pro se cases.

IT IS SO ORDERED.

DATED: May 5, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE